# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI KURTZE, | Case No. 2:17-cv-02954-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants. | |

This matter is before the court on the matter of plaintiff Giovanni Kurtze's mailing address. The undersigned recently sent orders to Mr. Kurtze in two other cases pending in this district that were returned by the United States Postal Service as undeliverable.[1] The addresses in the court's docket for Mr. Kurtze in those cases are the same address that is in the docket in this case. Thus, it appears that Mr. Kurtze is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Mr. Kurtze must file a notice in this case with his current address by August 20, 2018. Failure to comply with this order will result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

DATED: July 20, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The orders that were returned as undeliverable were (1) a report and recommendation (ECF No. 5) that was entered on March 28, 2018, in *Kurtze v. Johnson, et al.*, No. 2:17-cv-02375-RFB-CWH; and (2) an order (ECF No. 5) dated April 4, 2018, in *Kurtze v. Lombardo*, No. 2:17-cv-01055-RFB-CWH.