UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI KURTZE,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants. | Case No. 2:17-cv-02954-GMN-CWH<br><br>**REPORT AND RECOMMENDATION** |

On July 23, 2018, the court entered an order requiring plaintiff Giovanni Kurtze to file a notice with the court with his updated mailing address as required by Local Rule IA 3-1. (Order (ECF No. 3).) Mr. Kurtze's deadline for doing so was August 20, 2018. (*Id.*) Mr. Kurtze was advised that failure to comply with the court's order would result in a recommendation that his case be dismissed. (*Id.*) Mr. Kurtze did not comply with the court's order and has not taken any other action in this case. Thus, it appears Mr. Kurtze has abandoned the case.

IT IS THEREFORE RECOMMENDED that plaintiff Giovanni Kurtze's case be DISMISSED without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: August 21, 2018

                                                                                                                                                              _____
                                                                                                                                                             C.W. HOFFMAN, JR.
                                                                                                                                                             UNITED STATES MAGISTRATE JUDGE